01
02
03
04
05
06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| RAMAN KUMAR, | ) | CASE NO. C05-0481-RSL-MAT |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING STAY |
| | ) | OF REMOVAL |
| ALBERTO GONZALES, United States | ) | |
| Attorney General, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner has filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, challenging a final order of removal. (Dkt. #2). At the same time, petitioner filed a motion for an emergency stay of his removal. (Dkt. #2).

Respondents have replied that they have no objection to such a stay, pending a decision on the merits of the instant habeas petition. (Dkt. #9).

Accordingly, the Court does hereby find and ORDER:

(1) Petitioner's request for a temporary stay of removal is GRANTED, and petitioner's removal is STAYED pending the resolution of the habeas corpus action in this Court.

(2) The Court expresses no views at this time as to the merits of petitioner's habeas petition.

/ / /

/ / /

ORDER GRANTING STAY OF REMOVAL
PAGE -1

01       (3) The Clerk shall direct a copy of this Order to all counsel of record, and shall forward

02 a copy of this Order to Judge Theiler.

03       DATED this 26th day of April, 2005.

04

05                                           Robert S. Lasnik

06                                           United States District Judge

07

08 Recommended for Entry
this  22nd  of April, 2005.

09

10 s/ Mary Alice Theiler
United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER GRANTING STAY OF REMOVAL
PAGE -2